UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-21739-BB

CAROL IZURIETA,

    Plaintiff,
v.

NCL (BAHAMAS) LTD,
a Bermuda Company d/b/a NORWEGIAN CRUISE LINE,

    Defendant.
_____/

## NOTICE OF CANCELLATION OF DISCOVERY HEARING

PLEASE TAKE NOTE that the undersigned has cancelled the following cause scheduled before the Honorable Judge Alicia M. Otazo-Reyes, United States Magistrate Judge, regarding the above styled case, via Zoom on November 16, 2022 at 3:30 p.m. as the parties have reached an agreement on all outstanding issues.

Respectfully submitted,

*/s/ Spencer M. Aronfeld*
**Spencer M. Aronfeld, Esq.**
Florida Bar No.: 905161
aronfeld@Aronfeld.com
**Abby Hernández Ivey, Esq.**
Florida Bar No.: 1002774
aivey@aronfeld.com
ARONFELD TRIAL LAWYERS
One Alhambra Plaza, Penthouse
Coral Gables, Florida 33134
P:    (305) 441.0440
F:    (305) 441.0198
***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 16,2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

                                               */s/ Spencer M. Aronfeld*
                                               **Spencer M. Aronfeld, Esq.**